STATE OF MONTANA, Plaintiff, vs. RUSSELL A. ROGERS, Defendant.

## DECISION

No. 4160

The application of the above-named defendant for a review of the sentence of Ten (10) years imposed on December 8, 1976, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank L. Randall Bishop, Montana Defender Project, for his assistance to the defendant and this Court.

DATED this 18th day of March, 1977.

SENTENCE REVIEW DIVISION

Jack D. Shanstrom, Chairman; Jack L. Green, Robert C. Sykes.

STATE OF MONTANA, Plaintiff, vs. ALBERT BLAINE HEGG, Defendant.

## DECISION

No. 2476

The application of the above-named defendant for a review of the sentence of Two (2) years imposed on February 3, 1977, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and is hereby increased to a term of five years. It is further ordered that said five year sentence is hereby suspended. Defendant shall be under the supervision of the Montana Probation and Parole Bureau and subject to their rules and regulations.

We wish to thank Jack Lynch, Executive Secretary of the Montana Board of Pardons for his assistance to the defendant and this Court.

DATED this 18th day of March, 1977.

SENTENCE REVIEW DIVISION

Jack D. Shanstrom, Chairman; Jack L. Green, Robert C. Sykes.

STATE OF MONTANA, Plaintiff, vs. WILLIAM EDWARD STREEPER, JR., Defendant.

## DECISION

No. 4898

The application of the above-named defendant for a review of the sentence of Ten (10) years with Five (5) years suspended imposed on October 27, 1976, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank Harold Dye, Attorney at Law, Missoula, Montana for his assistance to the defendant and this Court.

DATED this 18th day of March, 1977.

SENTENCE REVIEW DIVISION

Jack D. Shanstrom, Chairman; Robert C. Sykes.